**Order entered September 26, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01073-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM AND D/B/A METHODIST DALLAS MEDICAL CENTER, Appellant**

**V.**

**JESUS NIETO, RICHARDO FELIPE NIETO, JESSE NIETO, AND ORLANDO NIETO, EACH INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MARY JESSIE ALVAREZ, DECEASED, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02115**

## ORDER

Before the Court is court reporter Stephanie S. Moses's request for a five-day extension to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than October 1, 2018.

/s/     DAVID EVANS
         JUSTICE